# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Shannon Hyland )
*as assignee of Miquasha Smith* )
)
Plaintiff )
)
vs. ) Case Number: 15-cv-1264
)
Liberty Mutual Fire Insurance Co. )
)
Defendant )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff, Shannon Hyland's, Motion for Summary Judgment [19] is GRANTED in full. The Defendant, Liberty Mutual Fire Insurance Co.'s, Motion for Partial Summary Judgment on Damages [20] is DENIED. Judgment is entered in favor of the Plaintiff and against the Defendant. Case closed.

**Dated:** 8/8/2017

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court