# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
APR 11 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Shannon Hyland )
*as assignee of Miquasha Smith* )
 )
Plaintiff )
 )
vs. ) Case Number: 15-cv-1264
 )
Liberty Mutual Fire Insurance Co. )
 )
Defendant )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, Shannon Hyland, and against the Defendant, Liberty Mutual, in the amount of $25,000 plus interest at 9% per annum from July 28, 2014, until the date of payment.

Dated: 4/11/18

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court